IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01498-RPM

WAYNE C. ROSE,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
GERALD R. WHITMAN,
MARK S. WOODWARD and
JOHN AND JANE DOES,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT GERALD R. WHITMAN
_____

Pursuant to Plaintiff's Response to Court's Order to Show Cause [16], it is

ORDERED that the complaint is dismissed as to Defendant Gerald R. Whitman.

DATED:   February 23, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge