IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01498-RPM-KMT

WAYNE C. ROSE,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,
THOMAS J. SHERWOOD, Police Officer with the City and County Police Department; and
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,

    Defendants.
_____

**ORDER FOR DISMISSAL OF DEFENDANT MARK S. WOODWARD WITH PREJUDICE**
_____

Upon consideration of the Stipulation for Dismissal of Defendant Mark S. Woodward [29], executed by counsel for Plaintiff and by counsel for Defendants, it is

ORDERED that all claims which were brought and could have been brought against Defendant Mark S. Woodard in the above captioned matter are hereby dismissed WITH PREJUDICE, each party to pay their own costs and attorneys fees.

DATED THIS 19th DAY OF July, 2010.

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge