IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 28, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 09-cv-01498-RPM

WAYNE C. ROSE,      Marc A. Monroe

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,      Cathy H. Greer
a Municipal corporation,
THOMAS J. SHERWOOD, Police Officer
with the City and County Police Department and
JOHN and JANE DOES, Denver Police Officers
whose true names and identities are unknown,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing On Motion To Dismiss Second Amended Complaint**

**10:58 a.m.**      **Court in session.**

Court's preliminary remarks.

Ms. Greer answers questions asked by the Court.

**ORDERED:**      **Defendant Thomas J. Sherwood's Motion to Dismiss Plaintiff's Second Amended Complaint, filed June 11, 2010 [25], is denied.**

Discussion regarding discovery.

Court instructs counsel, if necessary, to submit a proposed order for plaintiff's deposition (Arkansas D.O.C.).

**11:06 a.m.**      **Court in recess.**      Hearing concluded. Total time: 8 min.