IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01498-RPM

WAYNE C. ROSE,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, a municipal corporation,
THOMAS J. SHERWOOD, Police Officer with the City and County Police Department,
JOHN AND JANE DOES, Denver Police Officers whose true names and identifies are unknown,

    Defendants.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon consideration of the Plaintiff's Motion to Dismiss All Claims Against Defendants Thomas J. Sherwood and Mark S. Woodward With Prejudice [34] filed on October 29, 2010, it is

**ORDERED** that the Motion to Dismiss All Claims Against Defendants Thomas J. Sherwood and Mark S. Woodward is GRANTED and it is

**FURTHER ORDERED** that, pursuant to Fed.R.Civ.P. 41(a) any and all claims brought against Defendants Thomas J. Sherwood and Mark S. Woodward as stated in Plaintiff's Complaint, Amended Complaint and Second Amended are dismissed with prejudice, with each party to bear his own attorneys' fees and costs, and the caption is amended accordingly.

Dated: November 3rd, 2010

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge