IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01498-RPM-KMT

WAYNE C. ROSE,

      Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, A municipal corporation,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,

      Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice [38] filed today, it is

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendants are hereby dismissed WITH PREJUDICE, all parties to pay their own costs and fees.

DATED this 15th day of December, 2010.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge